**WINSTON & STRAWN LLP**
Neal R. Marder
David M. Hickey
Gail Standish
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Tel: (213) 615-1700
Fax: (213) 615-1750

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Marc J. Gross (MG 2648)
6 Becker Farm Road
Roseland, NJ 07068-1735
Tel: (973) 535-1600 ext. 6030
Fax (973) 535-1698

Attorneys for: Defendant, MedQuist Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| SOUTH BROWARD HOSPITAL DISTRICT d/b/a MEMORIAL REGIONAL HOSPITAL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MEDQUIST INC., et al.<br><br>Defendants. | Civil Action No. 05-CV-2206<br><br>**CIVIL ACTION**<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court upon and with the consent of Green Traurig, LLP (Kathryn Cluen, Esq., appearing), attorneys for plaintiffs; Winston & Strawn LLP (Neal Marder, Esq., appearing) and Greenbaum, Rowe, Smith & Davis LLP (Marc J. Gross, Esq., appearing), attorneys for MedQuist Inc., MedQuist Transcriptions, Ltd. (together, "MedQuist"), Ronald Scarpone and Michael Clark; LeClair Ryan, PC (James A. Murphy,

730432.01

Esq., appearing), attorneys for John M. Suender; Latham & Watkins (Edward J. Shapiro, Esq., appearing), attorneys for Brian Kearns; by way of telephone conference with the Court, and the Court having considered the positions of the parties, and good cause having been shown,

**IT IS** on this 10 day of Aug, 2005 **ORDERED**:

1. That Defendants shall answer the Second Amended Complaint ("SAC") on or before August 1, 2005;

2. That MedQuist and the individual defendants shall file and serve their motions to challenge the sufficiency of the allegations in the SAC on or before August 31, 2005;

3. That MedQuist shall also file and serve its motion to stay this litigation in favor of arbitration on or before August 31, 2005, and the individual defendants may join in the motion in whole or in part by filing a notice of joinder that same day;

4. Plaintiffs shall file their opposition, if any, to such motions on or before October 31, 2005;

5. That MedQuist and the individual defendants shall file reply papers, if any, to plaintiffs' opposition on or before November 30, 2005.

HONORABLE JOEL B. ROSEN, U.S.M.J.

2

730432.01

I hereby consent to the form and entry of the foregoing Order.

GREENBERG TRAURIG, LLP

By: _____
ROGER B. KAPLAN
Attorneys for Plaintiffs

LECLAIR RYAN, PC

By: _____
JAMES A. MURPHY
Attorneys for John M. Suender

LATHAM & WATKINS LLP

By: _____
~~EDWARD J. SHAPIRO~~ CHRISTOPHER M. DiMURO
Attorneys for Brian Kearns

WINSTON & STRAWN LLP
GREENBAUM, ROWE, SMITH & DAVIS

By: _____
MARC J. GROSS
Attorneys for MedQuist Inc.,
MedQuist Transcriptions, Ltd.,
Ronald Scarpone and Michael Clark

3

730433.01