**WINSTON & STRAWN LLP**
Neal R. Marder
David M. Hickey
Gail Standish
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
Tel: (213) 615-1700
Fax: (213) 615-1750

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Marc J. Gross (MG 2648)
6 Becker Farm Road
Roseland, NJ  07068-1735
Tel: (973) 535-1600 ext. 6030
Fax (973) 535-1698

Attorneys for Defendant MedQuist Inc., MedQuist Transcriptions, Ltd., Michael Clark, and Ronald Scarpone

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| SOUTH BROWARD HOSPITAL DISTRICT d/b/a MEMORIAL REGIONAL HOSPITAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MEDQUIST INC., et al. <br><br> Defendants. | Civil Action No. 05-CV-2206 <br><br> Honorable Jerome B. Simandle, U.S.D.J. <br><br> **CIVIL ACTION** <br><br> **NOTICE OF MOTION TO DISMISS IN FAVOR OF ARBITRATION OR, IN THE ALTERNATIVE, TO STAY PENDING ARBITRATION** <br><br> Hearing date:  October 7, 2005 |

**TO:**  Roger B. Kaplan, Esq.
Greenberg Traugig, LLP
200 Campus Drive
PO Box 677
Florham Park, NJ  07932
Attorneys for Plaintiff

740609.01

-2-

    Maraleen D. Shields, Esq.
    Reed Smith LLP
    Princeton Forrestal Village
    136 Main Street, Suite 250
    Princeton, NJ  08543
    Attorneys for Defendant, John Suender, Esq.

    Christopher M. DiMuro, Esq.
    Latham & Watkins, LLP
    One Newark Center, 16th Floor
    Newark, NJ  07101
    Attorneys for Defendant, Brian Kearns

**COUNSEL:**

    **PLEASE TAKE NOTICE** that on Friday, October 7, 2005 at 9:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, Winston & Strawn LLP and Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendants MedQuist Inc., MedQuist Transcriptions, Ltd., Michael Clark, and Ronald Scarpone (collectively "MedQuist"), shall move before the United States District Court for the District of New Jersey, pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Federal Arbitration Act, 9 U.S.C. § 3, for an Order:

    1.  Dismissing this action in favor of arbitration according to the arbitration provision contained in the exemplar contract, Exhibit A, attached to Plaintiffs' Second Amended Complaint; and

-3-

2. In the alternative, should the Court for any reason conclude that dismissal is unavailable, staying the action pending arbitration; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

>Respectfully submitted,
>
>**WINSTON & STRAWN, LLP**
>and
>**GREENBAUM, ROWE, SMITH & DAVIS, LLC**
>
>Attorneys for Defendant MedQuist Inc., MedQuist Transcriptions, Ltd., Michael Clark, and Ronald Scarpone
>
>By:  /s/ Marc J. Gross
>     MARC J. GROSS  (MG2648)

Dated:   August 31, 2005

740609.01