[relates to Docket Item 170]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOUTH BROWARD HOSPITAL DISTRICT d/b/a MEMORIAL HOSPITAL WEST, d/b/a MEMORIAL HOSPITAL PEMBROKE, d/b/a MEMORIAL REGIONAL HOSPITAL <u>et al</u>.,<br><br>          Plaintiffs,<br>     v.<br><br>MEDQUIST INC., RONALD F. SCARPONE, JOHN SUENDER, BRIAN J. KEARNS, MICHAEL CLARK, and MEDQUIST TRANSCRIPTIONS, LTD.,<br><br>          Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil No. 05-2206 (JBS)<br><br>**OPINION** |

APPEARANCES:

Clark P. Russell, Esq.
Roger B. Kaplan, Esq.
GREENBERG TRAURIG, LLP
200 Campus Drive, P.O. Box 677
Florham Park, NJ 07932-0677
     Attorneys for Plaintiffs South Broward Hospital District,
     Northbay Healthcare Group, Partners Healthcare Systems,
     Inc., Riverside Healthcare Systems, L.P. and West Hills
     Hospital.

Marc J. Gross, Esq.
Olivier Salvagno, Esq.
GREENBAUM, ROWE, SMITH & DAVIS LLP
6 Becker Farm Road
Roseland, NJ 07068
     Attorneys for Defendants MedQuist Inc., MedQuist
     Transcriptions, Ltd., Ronald Scarpone and Michael Clark

Henry F. Reichner, Esq.
Lauren Graham-Delehey, Esq.
Janett D. Pateiro, Esq.
REED SMITH, LLP
2500 One Liberty Place

1650 Market Street
Philadelphia, PA 19103-7301
     -and-
Maraleen Danai Shields, Esq.
POST & SHELL, P.C.
1245 South Cedar Crest Boulevard, Suite 300
Allentown, PA 18103
     -and-
Cameron Matheson, Esq.
James Murphy, Esq.
LeClair Ryan, P.C.
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA 23218-2499
     Attorneys for Defendant John Suender

Keena Mackey, Esq.
LATHAM & WATKINS, LLP
One Newark Center, 16th Floor
Newark, NJ 07101
     -and-
Edward J. Shapiro, Esq.
Charles J. Butler, Esq.
Joshua K. Chandler, Esq.
LATHAM & WATKINS, LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004
     Attorneys for Defendant Brian Kearns

**SIMANDLE**, District Judge:

In this matter, Plaintiff hospitals filed suit against the defendants, alleging, <u>inter alia</u>, that the defendants defrauded Plaintiffs by employing improper billing practices. Following this Court's March 30, 2007 Opinion and Order (the "March 2007 Opinion and Order") denying the motion of Defendants MedQuist, Inc. and MedQuist Transcriptions, Inc. ("MedQuist") to compel arbitration [Docket Item 158], MedQuist filed a notice of interlocutory appeal with the United States Court of Appeals for

the Third Circuit [Docket Item 161] seeking review of the March 2007 Opinion and Order.  While only some plaintiffs even have arbitration clauses in their contracts with MedQuist or its affiliates, MedQuist nonetheless has taken an appeal as to which it asserts appellate jurisdiction over all plaintiffs, even those whose contracts were not the subject of the underlying order because they lack arbitration clauses.

   Presently before the Court is MedQuist's motion to stay all proceedings in this action pending the outcome of MedQuist's interlocutory appeal [Docket Item 170].  Plaintiffs opposed MedQuist's motion, arguing that the Court of Appeals has jurisdiction over some but not all of the plaintiffs in this action and that principles of judicial economy militate in favor of permitting the case to proceed against all parties [Docket Item 175].

   On December 13, 2007, the United States Court of Appeals for the Third Circuit entered its opinion affirming this Court's order denying MedQuist's motion to compel arbitration.  South Broward Hospital Dist. v. MedQuist, Inc., App. No. 07-2076 (Opinion filed Dec. 18, 2006).  Accordingly, the interlocutory appeal is at its end and this case may now proceed.  The motion for stay pending interlocutory appeal has become moot.  The accompanying Order is entered, and, due to the advanced age of

3

this putative class action, expedited class action discovery and motion practice shall be required.

**December 18, 2007**             **s/ Jerome B. Simandle**
Date                                JEROME B. SIMANDLE
                                    United States District Judge